

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2014

No. 04-14-00105-CV

**IN THE ESTATE OF BILLYE M. HORMUTH**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-4120
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

The court reporter has filed a notification of late record stating that the reporter's record has not been filed because appellant has: (1) failed to request the record; and (2) failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that: (A) appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, TEX. R. APP. P. 34.6(b)(1); and (B) either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court